# UNPUBLISHED

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

---

### No. 18-1548

---

ROBERT LEE RANDOLPH, JR.,

        Plaintiff - Appellant,

    v.

LEE HARTER; CATHAY HUGHES,

        Defendants - Appellees.

---

Appeal from the United States District Court for the District of South Carolina, at Orangeburg. Timothy M. Cain, District Judge. (5:18-cv-00689-TMC)

---

Submitted: July 26, 2018                              Decided: July 30, 2018

---

Before GREGORY, Chief Judge, and FLOYD, Circuit Judge, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Robert Lee Randolph, Jr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Lee Randolph appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Randolph v. Harter*, No. 5:18-cv-00689-TMC (D.S.C. May 8, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*